```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A02-0306--CV (JWS)
                    "MARLENE WINDEL V USA ET AL"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 12/17/02
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (895) Freedom of Information Act of 1974
                   FAILURE TO PROVIDE DOCUMENTS PER F01A
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 12/17/02 receipt # 00119287
          Trial by:
```

Parties of Record:                        Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WINDEL, MARLENE | Joseph R.D. Loescher<br>Spencer & Loescher<br>1326 Tacoma Avenue S, Suite 101<br>Tacoma, WA 98402<br>253-383-2770<br>FAX 253-572-4207 |
| DEF 1.1 | UNITED STATES OF AMERICA | Daniel R. Cooper<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX 907-271-2344 |
| DEF 2.1 | DEPT OF ARMY | Daniel R. Cooper<br>(see above) |
| DEF 3.1 | DEPT OF AIR FORCE | Daniel R. Cooper<br>(see above) |
| DEF 4.1 | NATIONAL GUARD BUREAU | Daniel R. Cooper<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A02-0306--CV (JWS)
                               "MARLENE WINDEL V USA ET AL"

                                     For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 12/17/02
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (895) Freedom of Information Act of 1974
                   FAILURE TO PROVIDE DOCUMENTS PER FO1A
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 12/17/02 receipt # 00119287
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/18/02 | Complaint w/att exhs. filed. |
| 2 - 1 | 03/13/03 | JWS Minute Order that plf file proofs of svc on defs served and proceed to serve other defs in compliance w/FRCvP 4(m). cc: cnsl |
| NOTE - 1 | 03/21/03 | Issued: sums on DEF 1-4. |
| 3 - 1 | 04/22/03 | DEF 1-4 Unopposed motion for extension of time until 5/23/03 to file answer. |
| 4 - 1 | 04/22/03 | DEF 1-4 Attorney Appearance of A. Renschen. |
| 5 - 1 | 04/23/03 | JWS Order granting unpppo mot for ext of time until 5/23/03 to file ans (3-1). cc: cnsl |
| 6 - 1 | 05/23/03 | DEF 1 Unopposed motion for second extension of time until 07/07/03 to answer complaint. |
| 7 - 1 | 05/28/03 | JWS Order granting unoppo mot for 2nd ext of time until 07/07/03 to ans (6-1). cc: cnsl |
| 8 - 1 | 07/07/03 | DEF 1-4 Unopposed motion for final extension of time until 8/21/03 to file answer. |
| 9 - 1 | 07/09/03 | JWS Order granting unoppo mot for final ext of time until 8/21/03 to file ans (8-1). cc: cnsl |
| 10 - 1 | 08/21/03 | DEF 1-4 Answer to Complaint. |
| 11 - 1 | 08/26/03 | JWS Minute Order re: Freedom of Information Act case; joint stat rpt w/brfing sched due 9/26/03. cc: cnsl |
| 12 - 1 | 09/25/03 | PLF 1; DEF 1-4 Joint Status Report. |
| 13 - 1 | 10/15/03 | JWS Minute Order approving suggestions for expedited resolution at dkt 12. cc: cnsl |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0306--CV (JWS)
                              "MARLENE WINDEL V USA ET AL"

                                   For all filing dates


 Document #    Filed       Docket text

    14 -   1   11/20/03    PLF 1 motion for leave to amend complaint w/att prop 1st amended cmplt.

    15 -   1   12/03/03    JWS Order granting motion for leave to amend complaint (14-1); ans due
                           w/i 15 days of ord. cc: cnsl

    16 -   1   12/03/03    PLF 1 Complaint (Amended) w/att exhs.

    17 -   1   12/19/03    DEF 1-4 Attorney Appearance of D. Cooper (AUSA) for A. Renschen (AUSA).

    18 -   1   12/22/03    DEF 1-4 Answer to First Amended Complaint.

    19 -   1   12/29/03    JWS Minute Order that parties file prop brfing schedule by 1/21/04. cc:
                           cnsl

    20 -   1   02/25/04    JWS Minute Order that case is dism w/o prej for failure to comply
                           w/crt's ords. cc: cnsl

    21 -   1   03/02/04    PLF 1 motion for reconsideration or for relief from judgment.

    22 -   1   03/05/04    JWS Order granting mot for reconsideration or for relief from judg
                           (21-1); plf brfing schedule due w/i 10 days from date of ord. cc: cnsl

    23 -   1   03/17/04    PLF 1 Proposed briefing schedule.

    24 -   1   03/25/04    JWS Minute Order approving proposal for filing appropriate mots by
                           3/26/04 at dkt 23. cc: cnsl

    25 -   1   03/26/04    PLF 1 motion for extension of time until 3/30/04 to file dispositive
                           motion due 3/26/04.

    26 -   1   03/31/04    PLF 1 motion for summary judgment and/or for evidentiary hearing w/att
                           exhs. (original in folder behind file)

    27 -   1   03/31/04    JKS Order granting mot for ext of time until 3/30/04 to file disp mot
                           due 3/26/04 (25-1). cc: cnsl

    28 -   1   04/21/04    DEF 2-4 Unopposed motion for extension of time to 05/07/04 to file
                           opposition to Windel's motion for summary judgment.

    28 -   2   04/22/04    Order granting unopposed mot for ext of time to 05/07/04 to file oppo
                           (28-1). cc: cnsl

    29 -   1   05/06/04    DEF 1-4 Unopposed motion for extension of time until 5/21/04 to file
                           opposition to Windel's motion for summary judgment.

    29 -   2   05/07/04    Order granting unoppo mot for ext of time until 5/21/04 to file oppo to
                           Windel's mot for sj (29-1). cc: cnsl

    30 -   1   05/14/04    PLF 1 Stipulation for substitution of law firm of Spencer & Loescher for
                           J. Loescher.

    30 -   2   05/14/04    Order approving stip for subs of law firm of Spencer & Loescher for J.
                           Loescher (30-1). cc: cnsl

    31 -   1   05/21/04    DEF 1-4 oppo to PLF 1 mot for sj (26-1) w/att exh.
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0306--CV (JWS)
                           "MARLENE WINDEL V USA ET AL"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 32 - | 1 | 06/02/04 | PLF 1 motion for extension of time until 7/9/04 to file reply to motion for summary judgment or evidentiary hearing. |
| 33 - | 1 | 06/03/04 | JWS Order granting mot for ext of time until 7/9/04 to file reply to mot for sj (32-1). cc: cnsl |
| 34 - | 1 | 06/09/04 | PLF 1 reply to opposition to PLF 1 motion for summary judgment and/or for evidentiary hearing (26-1) w/att aff. |
| 35 - | 1 | 06/09/04 | PLF 1 Notice of filing unsigned aff of M. Windel in support of reply to oppo to sj mot. |
| 36 - | 1 | 06/14/04 | PLF 1 Aff of M. Windel(signed)in support of reply to oppo to PLF 1 motion for summary judgment and/or for evidentiary hearing  (26-1). |
| 37 - | 1 | 09/30/04 | JWS Order denying in part and granted in part as stated motion for summary judgment and/or for evidentiary hearing (26-1). US shall provide Vaughn index w/in 20 days.  Plf may seek additional relief after reviewing the index.  cc: cnsl |
| 38 - | 1 | 10/19/04 | DEF 1 Notice of filing Vaughan Index w/att exh. |
| 39 - | 1 | 11/15/04 | PLF 1 Supplemental memo re: PLF 1 motion for summary judgment and/or for evidentiary hearing (26-1). |
| 39 - | 2 | 11/15/04 | PLF 1 Response to government's Vaughn index. |
| 39 - | 3 | 11/15/04 | PLF 1 motion for summary judgment. |
| 40 - | 1 | 12/10/04 | JWS Minute Order that suppl memo @ dkt 39 as a new mot for sj; def response due 1/14/05; plf reply due 1/31/05. cc: cnsl |
| 41 - | 1 | 01/14/05 | DEF 1-4 opposition to PLF 1 motion for summary judgment (39-3). |
| 42 - | 1 | 03/22/05 | JWS Minute Order directing USA to file & serve Lt. Col. Higgins' decla w/i 5 days; plf has 5 days from svc of decla to file suppl response to USA's oppo to renewed mot for sj. cc: cnsl |
| 43 - | 1 | 03/24/05 | DEF 1-4 Notice of filing declaration of Lt. Col. J. Higgins re: PLF 1 motion for summary judgment (39-3). |
| 44 - | 1 | 04/11/05 | JWS Order that mot at dkt 39 denied w/respect to exemption 3; re: exemptions 5, 6 & 7(c) the mot is cont to allow USA 20 days from date of ord to file & serve brfing; plf has 10 days from date of svc of USA brfing to respond; no reply to be fld; USA offer to produce w/held docs in redacted & original forms for in camera & ex parte rvw accepted; USA's w/held docs due w/brfing ordered. cc: cnsl |
| 45 - | 1 | 04/19/05 | PLF 1 motion for reconsideration of court's order dated 4/11/05. |
| 46 - | 1 | 04/28/05 | DEF 1-4 briefing (response to ord from chambers) on exemptions 5, 6 & 7 re: PLF 1 mot for sj (39-3) w/att exhs. |
| 47 - | 1 | 05/09/05 | PLF 1 motion for extension of time until 5/16/05 to file reply to defendant's response to order from chambers. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0306--CV (JWS)
"MARLENE WINDEL V USA ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 48 | 1 | 05/11/05 | JWS Order granting mot for ext of time until 5/16/05 to file reply to def's response to ord from chambers (47-1). cc: cnsl |
| 49 | 1 | 05/16/05 | JWS Minute Order that def to respond to plf's mot for reconsideration w/i 20 days from date of this ord. cc: cnsl |
| 50 | 1 | 05/16/05 | PLF 1 Unopposed 2nd motion for extension of time until 5/19/05 to file reply to defendant's response to order from chambers. |
| 51 | 1 | 05/17/05 | JWS Order granting 2nd unoppo mot for ext of time until 5/19/05 to file reply to def's response to ord from chambers (50-1). cc: cnsl |
| 52 | 1 | 05/19/05 | PLF 1 Response to defendant's response to order form chambers dated 4/11/05. |
| 53 | 1 | 06/06/05 | DEF 1-4 motion for ext of time to file oppo to motion for reconsideration w/att aff. |
| 53 | 2 | 06/06/05 | JWS Order granting motion for ext of time until 6/10/05 to file oppo to motion for reconsideration (53-1). cc: cnsl |
| 54 | 1 | 06/13/05 | DEF 1-4 Unopposed motion (2nd) for extension of time until 6/17/05 to file opposition to motion for reconsideration. |
| 55 | 1 | 06/14/05 | JWS Order granting unoppo mot (2nd) for ext of time until 6/17/05 to file oppo to mot for reconsideration (54-1). cc: cnsl |
| 56 | 1 | 06/17/05 | DEF 1-4 opposition (response) to PLF 1 motion for reconsideration of court's order dated 4/11/05 (45-1) w/att decla. |
| 57 | 1 | 06/29/05 | JWS Minute Order denying mot for reconsideration of crt's ord dated 4/11/05 (45-1). cc: cnsl |
| 58 | 1 | 06/30/05 | JWS Order granting motion for summary judgment (39-3); USA to send copies of listed docs to plf cnsl w/i 20 days. cc: cnsl |
| 59 | 1 | 07/05/05 | JWS Minute Order that def cnsl file joint stat rpt by 7/29/05 advising crt what needs to be addressed to close case. cc: cnsl |
| 60 | 1 | 07/05/05 | PLF 1 reply to opposition to PLF 1 motion for reconsideration of court's order dated 4/11/05 (45-1). |
| 61 | 1 | 07/29/05 | PLF 1 Joint Status Report. |
| 62 | 1 | 08/02/05 | JWS Minute Order approving rpt @ dkt 61; plf to file updated stat rpt by 10/3/05 unless closing papers are sooner fld. cc: cnsl |
| 63 | 1 | 10/06/05 | PLF 1 Jnt Status Report. |
| 64 | 1 | 11/02/05 | JWS Minute Order that updated stat rpt due 11/15/05. cc: cnsl |
| 65 | 1 | 11/14/05 | PLF 1 motion for attorney's fees & costs w/att aff & exhs. |
| 66 | 1 | 11/18/05 | PLF 1 Report re: joint status. |