FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 2: 58

RE

TIMOTHY M. BURGESS
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE WINDEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> et al. ) <br> Defendants. ) | Case No. A02-306 CV (JWS) <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO THE MOTION FOR ATTORNEY FEES** <br><br> *Filed on Shortened Time* |

Defendant, United States of America, by Assistant United States Attorney Daniel R. Cooper, Jr., requests an extension of time to file its opposition, if any, to the Motion for Attorney Fees. Plaintiff's counsel, Joseph R. D. Loescher, does not oppose this motion. The government asks the Court to extend the due date until December 12, 2005.

67

This motion is not brought for the purposes of harassment or delay. The parties have agreed that no further extensions will be sought by the defendant except on a showing of extreme hardship.

Respectfully submitted this 5th day of December, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

*/s/ Daniel R. Cooper, Jr.*
DANIEL R. COOPER, JR.
Assistant U.S. Attorney

**FILED**
DEC 0 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12/5/05  By: _____
Deputy Clerk

I declare under penalty of perjury that a true and correct copy of the Unopposed Motion for Extension of Time to File Opposition to Motion for Attorney Fees was sent to the following counsel via:

( ) U.S. Mail
( ) Certified U.S. Mail
(X) FAX
( ) Hand Delivery
( ) Messenger

Joseph R.D. Loescher
Attorney at Law
310 "K" Street, Ste. 200
Anchorage, AK 99501
Fax: (253) 272-6439

Executed at Anchorage, Alaska, on December 5, 2005.

*/s/ Joy McCulloch*
Office of the U.S. Attorney

A02-0306--CV (JWS)    12-5-05

✓ J. LOESCHER
  D. COOPER (USA)