```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
```

MARLENE WINDEL,
      Plaintiff,

                                  Case Number 3:02-cv-00306-JWS

v.

UNITED STATES OF AMERICA,
      Defendant.                **JUDGMENT IN A CIVIL CASE**

____  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT the plaintiff Marlene Windel recover of the defendant United States of America the sum of $4,077.51, with interest thereon at the rate of 4.90 percent as provided by law, and her costs of action in the amount of $_____.

APPROVED:

 /s/_____
John W. Sedwick
United States District Judge

_____
Date: April 24, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*
                                  Ida Romack_____
                                  Ida Romack, Clerk of Court

[302cv306JWS-proposed-Windel-judgment.wpd]{JMT2.WPT*Rev.3/03}