Joseph R.D. Loescher
Alaska Bar No. 7911108
Law Office of Joseph R. D. Loescher
902 South 10th Street
Tacoma, WA 98405
Telephone: (253) 272-2206

Attorney for Marlene Windel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE WINDEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENTS OF THE ARMY AND AIR FORCE, NATIONAL GUARD BUREAU,<br><br>　　　　Defendant. | Case No. A02-306 CV (JWS) |

## **NOTICE OF CHANGE OF ADDRESS**

COMES NOW, Joseph R. D. Loescher, attorney for Plaintiff, Marlene Windel, and gives notice that he has changed his address and that all further pleadings may be served on him at the following address:

Law Office of Joseph R. D. Loescher
902 South 10th Street
Tacoma, Washington, 98405
Phone 253-272-2206; Fax 253-272-6439.

NOTICE OF CHANGE OF ADDRESS -Page 1    LAW OFFICE OF JOSEPH R. D. LOESCHER
902 South 10th Street
Tacoma, WA 98405
P. 253.272.2206 / F. 253.272.6439

Dated this ___ day of May, 2006.

LAW OFFICE OF JOSEPH R. D. LOESCHER

By: _____
Joseph R. D. Loescher
Attorney for Plaintiff, Marlene Windel

CERTIFICATE OF SERVICE

I hereby certify that on the date below a true and correct copy of this document was delivered via U.S. mail postage prepaid to:

Dan Cooper, Asst. U.S. Attorney
U.S. Department of Justice
Federal Building/US Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Dated this ___ day of May, 2006.

_____
Joseph Loescher