```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

MARLENE WINDEL,
      Plaintiff,

                                    Case Number 3:02-cv-00306-JWS

v.

UNITED STATES OF AMERICA,
      Defendant.                    **AMENDED JUDGMENT IN A CIVIL CASE**

____    **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX     **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT the plaintiff Marlene Windel recover of the defendant United States of America the sum of $20,873.00, with interest thereon at the rate of 4.90 percent as provided by law, and her costs of action in the amount of $_____.

APPROVED:

 /s/
_____
John W. Sedwick
United States District Judge

_____
Date: June 20, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                        Ida Romack
                                  Ida Romack, Clerk of Court

[~3724306.wpd]{JMT2.WPT*Rev.3/03}