Joseph R.D. Loescher
Alaska Bar No. 7911108
Smith Alling Lane, P.S.
1102 Broadway Plaza, # 403
Tacoma, Washington  98402
Telephone:  (253) 627-1091

Attorney for Marlene Windel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE WINDEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENTS OF THE ARMY AND AIR FORCE, NATIONAL GUARD BUREAU,<br><br>　　　　Defendant. | Case No. A02-306 CV (JWS) |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Joseph R. D. Loescher, attorney for Plaintiff, and gives notice that he has joined Smith Alling Lane, P.S. as "of counsel".  He can be contacted at: Smith Alling Lane, P.S., 1102 Broadway Plaza, # 403, Tacoma, Washington  98402; Phone 253-627-1091; Fax 253-627-0123.

NOTICE OF CHANGE OF ADDRESS – Page 1

*Alling Lane*
*A Professional Services Corporation*
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

DATED this 23rd day of June, 2006.

                                                Attorney for Plaintiff
                            By:   // Joseph R.D. Loescher
                                                Joseph R.D. Loescher
                                                Alaska Bar No. 7911108

CERTIFICATE OF SERVICE

  I hereby certify that on the date below a true and correct copy of this document was delivered via U.S. Mail to:

Dan Cooper, Asst. U.S. Attorney
U.S. Department of Justice
Federal Building/US Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Dated this 23rd day of June, 2006.


//Joe Loescher_____

NOTICE OF CHANGE OF ADDRESS – Page 2

*Alling Lane*
A Professional Services Corporation
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123